UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> K. CLARK, et al., <br><br> Defendants. | **1:21-cv-01473-GSA- (PC)** <br><br> **ORDER FOR EACH OF THE TWO PLAINTIFFS TO SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS; OR FOR PLAINTIFFS TO MAKE ONE PAYMENT TOGETHER OF $402.00 FOR THE FILING FEE FOR THIS ACTION** <br><br> **FORTY-FIVE-DAY DEADLINE** <br><br> **ORDER FOR CLERK TO SEND A COPY OF THIS ORDER AND AN APPLICATION TO PROCEED IN FORMA PAUPERIS TO EACH OF THE TWO PLAINTIFFS** |

Timothy D. Hudkins and William H. Brandstatt ("Plaintiffs") are state prisoners proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiffs have not paid the $402.00 filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send a copy of this order and an application to proceed *in forma pauperis* to each of the two Plaintiffs;

2. Within forty-five (45) days of the date of service of this order, each Plaintiff shall submit an application to proceed *in forma pauperis*, completed and signed, or in the alternative,

1

Plaintiffs shall make one payment together of the $402.00 filing fee for this action.  **No requests for extension will be granted without a showing of good cause**.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **October 5, 2021**                              /s/ Gary S. Austin
                                                         UNITED STATES MAGISTRATE JUDGE