UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>        Plaintiff,<br><br>   vs.<br><br>K. CLARK, et al.,<br><br>        Defendants. | **1:21-cv-01473-GSA-PC**<br><br>**ORDER IN RESPONSE TO WILLIAM BRANDSTATT'S DECLARATION**<br>**(ECF No. 9.)** |

   Plaintiff Timothy D. Hudkins and co-plaintiff William Brandstatt filed this case on October 1, 2021.  (ECF No. 1.)

   On November 1, 2020, the court issued an order severing the plaintiffs' claims.  (ECF No. 8.)  As a result, this case now proceeds only with Timothy D. Hudkins as Plaintiff.  Co-plaintiff William Brandstatt was dismissed from this case on November 1, 2021, and on November 3, 2021, a new case was opened for William Brandstatt.  (Id.)  Brandstatt now proceeds with his own case, 1:21-cv-01600-GSA-PC; Brandstatt v. Clark, et al.

   On November 8, 2021, William Brandstatt filed a declaration in this case.  Brandstatt's declaration shall not be addressed in this case as Brandstatt was dismissed from this case on November 1, 2021.  From this point forward  William Brandstatt should only file documents in his respective case.

IT IS SO ORDERED.

   Dated:   **November 12, 2021**                    **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28