UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>        Plaintiff,<br><br>   vs.<br><br>K. CLARK, et al.,<br><br>        Defendants. | **1:21-cv-01473-NONE-GSA-PC**<br><br>**ORDER DENYING MOTION FOR DETERMINATION OF JURISDICTION (ECF No. 14.)** |

      Timothy D. Hudkins ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights case under 42 U.S.C. § 1983.  This case is in the screening stage.

      On December 9, 2021, Plaintiff filed a motion for determination of jurisdiction.  (ECF No. 14.)  Plaintiff requests to proceed in this case with only the Constitution and common law. (ECF No. 14.)

      The court notes receipt of Plaintiff's motion and informs Plaintiff that this court is well aware of the law applicable to the screening of his complaint.  The court will follow all appropriate law relevant to this case.

      The court determines this issue is now resolved.

IT IS SO ORDERED.

   Dated:   **December 13, 2021**              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE