UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>        Plaintiff,<br><br>    vs.<br><br>K. CLARK, et al.,<br><br>        Defendants. | **1:21-cv-01473-NONE-GSA-PC**<br><br>**ORDER STRIKING MOTION IMPROPERLY FILED IN THIS CASE**<br>**(ECF No. 13.)** |

On December 9, 2021, William Brandstatt improperly filed a motion for determination of jurisdiction in this case. (ECF No. 14.) William Brandstatt is not a party in this case and should not file documents in this case. He should only file documents in his own case. Accordingly, the motion shall be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that the motion filed by William Brandstatt on December 9, 2021, is STRICKEN from the record.

IT IS SO ORDERED.

   Dated:   **December 13, 2021**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE