# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>    Plaintiff,<br><br>  vs.<br><br>K. CLARK, et al.,<br><br>    Defendants. | **1:21-cv-01473-GSA-PC**<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FILED IN THIS CASE WITHOUT PLAINTIFF'S SIGNATURE**<br>**(ECF No. 17.)** |

   Plaintiff Timothy D. Hudkins is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On December 20, 2021, Plaintiff filed a motion for extension of time to file an amended complaint. (ECF No. 17.) However, the motion is unsigned. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

   Based on the foregoing, IT IS HEREBY ORDERED that the motion filed by Plaintiff in this case on December 20, 2021, is STRICKEN from the record as unsigned.

IT IS SO ORDERED.

 Dated:  **January 3, 2022**      **/s/ Gary S. Austin**
                UNITED STATES MAGISTRATE JUDGE