UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>K. CLARK, et al.,<br><br>　　　　Defendants. | 1:21-cv-01473-JLT-GSA-PC<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME (ECF Nos. 24, 25.)**<br><br>**THIRTY DAY DEADLINE TO FILE FIRST AMENDED COMPLAINT** |

　　　　Plaintiff is a prisoner proceeding *pro se* and in *forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 18, 2022 and March 28, 2022, Plaintiff filed motions for extension of time to file his First Amended Complaint. (ECF Nos. 24, 25.)

　　　　The Court finds good cause to grant Plaintiff an extension of time. Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted thirty days from the date of service of this order in which to file his First Amended Complaint, pursuant to the court's order issued on November 1, 2021.

IT IS SO ORDERED.

　　Dated: __**March 29, 2022**__　　　　　　　__**/s/ Gary S. Austin**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE