UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. CLARK, et al.,<br><br>        Defendants. | No. 1:21-cv-01473 JLT GSA (PC)<br><br>ORDER DIRECTING CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION TO VERIFY NOTICE OF DEATH OF PLAINTIFF<br><br>ORDER DIRECTING THE CLERK OF COURT TO SERVE A COPY OF THIS ORDER ON THE OFFICE OF THE ATTORNEY GENERAL AND ON THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S VERIFICATION OF DEATH OF PLAINTIFF DUE **AUGUST 21, 2024** |

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 25, 2024, the Court ordered Plaintiff to file a notice of current address, and he was given seven days to do so. ECF No. 30. On August 5, 2024, the order was returned to the Court marked, "Undeliverable, Inmate Deceased." See 8/5/24 docket entry.

    For these reasons, the California Department of Corrections and Rehabilitation ("CDCR") will be ordered to verify with the Court that Plaintiff is deceased. The Clerk of Court will be ordered to serve copies of this order on the CDCR and on the Office of the Attorney General.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall:

    a. SERVE a copy of this order on the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814;

    b. SERVE a copy of this order on R. Lawrence Bragg, Supervising Deputy Attorney General at the Office of the Attorney General in Sacramento, California, and

2. Within seven days from the date of this order – **by August 21, 2024,** – the California Department of Corrections and Rehabilitation shall provide official confirmation of Plaintiff's death.

IT IS SO ORDERED.

    Dated:   **August 14, 2024**              **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE