**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY D. HUDKINS,<br><br>               Plaintiff,<br><br>    v.<br><br>K. CLARK, et al.,<br><br>               Defendants. | Case No. 1:21-cv-01473 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 33) |

Timothy Hudkins passed away prior to the screening of his complaint, which is required pursuant to 28 U.S.C. § 1915A(a). The magistrate judge found "there are no existing claims the extinguishment of which the Court needs to determine." (Doc. 33 at 3.) In addition, the magistrate judge observed "there are no defendant parties upon whom any motion for substitution Plaintiff's possible successor-in-interest and/or representative could be served." (*Id.*) Therefore, the magistrate judge recommended the action "be summarily dismissed." (*Id.*)

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued August 22, 2024 (Doc. 33), are **ADOPTED** in full.
2. This matter is **DISMISSED**.

1

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2024**                    _____
                                                   UNITED STATES DISTRICT JUDGE